**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JEREMI BROWN,

    Plaintiff,

vs.                                         CASE NO.    3:07-cv-1171-J-32TEM

MICHAEL DAVIS TRUCKING, INC.,
a North Carolina corporation,
and RICHARD THOMAS,

    Defendants.
_____

**O R D E R**

This case is before the Court on Defendants' Motion for Extension of Time to File Expert Reports and Discovery Deadline (Doc. #16) and Plaintiff's response stating opposition to the sought relief (*see* Doc. #19). Defendants seek to enlarge the time for disclosure of Defendants' experts through January 30, 2009, the time for rebuttal expert reports through March 1, 2009, and the discovery period through April 1, 2009. Plaintiff advises Defendants failed to request to take Plaintiff's deposition in a timely manner, which led to the request for the sought extensions, and Plaintiff would be penalized in dispositive motion practice and the timely filing of *Daubert* motions if Defendants' desired enlargements were permitted.

Rule 6 of the Federal Rules of Civil Procedure permits court discretion to enlarge periods of time set forth under other rules. Specifically, Rule 6 provides in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion

> made after the time has expired if the party failed to act because of excusable neglect. . . .

Fed. R. Civ. P. 6(b) (2007).

Having given due consideration to this matter, the Court finds Defendants have shown good cause for an enlargement of the relevant deadlines and no party would be prejudiced by a limited extension of time. Thus, it is hereby **ORDERED:**

Defendants' Motion for Extension of Time to File Expert Reports and Discovery Deadline (Doc. #16) is **GRANTED IN PART AND DENIED IN PART** as follows. The Case Management and Scheduling Order is amended to reflect:

(1). Defendants' expert reports shall be filed not later than January 15, 2009.

(2). All rebuttal expert reports shall be filed not later than February 13, 2009.

(3). The discovery deadline is extended to March 16, 2009.

(4). All other deadlines remain in full force and effect.

The parties are further advised that the Court will not permit the granting of these enlargements in time to stand as a basis to request further enlargements. Depositions not scheduled until late in the discovery period do not amount to excusable neglect in this Court's view. The parties are expected to cooperate with the discovery process and to adhere to the scheduling established by the Court in the governance of this case.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of November, 2008.

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

Copies to all counsel of record

2